UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

JANE QUINTANA, D.M.D., P.A.,    CASE NO. 20-03131-5-SWH
                                CHAPTER 7
    DEBTOR.

## NOTICE OF DISTRIBUTION OF CHECK PROCEEDS

PLEASE TAKE NOTICE that, on May 14, 2021, pursuant to the Court's Order Authorizing Distribution of Check Proceeds (Doc# 82) (the "Order"), counsel for Ameris Bank ("Ameris") disbursed Check Proceeds in the amount of $5,161.00 to Ameris, which represents the total amount of all checks deposited in Ameris's counsel's trust account pursuant to the Court's Order entered on December 14, 2020 (Doc# 60).[1]

There were 15 Blanket Lien Creditors (the "Blanket Lien Creditors") identified in the Order and as set forth below:

| UCC Financing Statement No. | Filing Date | Creditor |
|---|---|---|
| 20140039046M | 4/28/2014 | Wells Fargo Bank, N.A. |
| 20170095534H | 9/15/2017 | Univest Capital, Inc. |
| 20180087122B | 8/22/2018 | Fidelity Bank n/k/a Ameris Bank |
| 20190044858B | 4/29/2019 | PW Funding, LLC |
| 20190082329H | 8/1/2019 | CT Corporation System, as Representative |
| 20190085180F | 8/8/2019 | American Express National Bank |
| 20190116786B | 10/31/2019 | Wise Funding Group, LLC |
| 20190118908M | 11/6/2019 | Corporation Service Company, as representative |
| 20190122250F | 11/15/2019 | First Corporate Solutions, as representative |
| 20200004985A | 1/14/2020 | SPG Advance LLC |
| 20200016856A | 2/17/2020 | Green Fund NY |
| 20200018833J | 2/21/2020 | Mr. Advance LLC |
| 20200020841M | 2/27/2020 | Med Direct Capital LLC |
| 20200022931B | 3/3/2020 | Regis Capital Group |
| 20200058275B | 5/20/2020 | Tiger Capital |

---

[1] An additional $25.00 was deposited in Ameris's counsel's trust account after entry of the Order.

All Blanket Lien Creditors other than FDIC insured banks were served with a copy of the Order by first class mail sent on April 9, 2021. American Express National Bank was served by registered mail on April 12 and 13, 2021, and Wells Fargo Bank was served by registered mail on April 13, 2021.

Of the 15 Blanket Lien Creditors, only Wells Fargo Bank, N.A. ("Wells Fargo"), Ameris, PW Funding, LLC, and American Express National Bank filed timely proofs of claim with the Court.

Wells Fargo's Proof of Claim indicates that the debt owed to Wells Fargo is unsecured. The other creditors have liens junior to the lien in favor of Ameris and have not provided evidence of superior entitlement to funds.

No objections to the amount of a given proof of claim or the order of lien priority were filed.

Dated: May 17, 2021

**NELSON MULLINS RILEY & SCARBROUGH LLP**

/s/ Leslie Lane Mize
Leslie Lane Mize
State Bar No. 32790
4140 Parklake Avenue, Suite 200
Raleigh, North Carolina 27612
Telephone: (919) 329-3849
Telecopy: (919) 329-3799
Email: leslie.mize@nelsonmullins.com

*Counsel for Ameris Bank*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

JANE QUINTANA, D.M.D., P.A.,                    CASE NO. 20-03131-5-SWH
                                                CHAPTER 7
    DEBTOR.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing **MOTION TO ESTABLISH PROCEDURE FOR DISTRIBUTION OF CHECK PROCEEDS** has been filed electronically in accordance with the Local Rules and was therefore served electronically on those entities that have properly registered for such electronic service, including the following:

**VIA CM/ECF:**

| | |
|---|---|
| Bankruptcy Administrator:<br>Marjorie K. Lynch<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601 | Debtor's Counsel:<br>Travis Sasser<br>Sasser Law Firm<br>2000 Regency Parkway, Suite 230<br>Cary, NC 27518 |
| Chapter 7 Trustee:<br>Richard D. Sparkman<br>Richard D. Sparkman, P.A.<br>PO Box 1687<br>Angier, NC 27501-1687 | |

**VIA U.S. MAIL:**

| | |
|---|---|
| Debtors:<br>Jane Quintana, D.M.D., P.A.<br>15204 Barrie Drive<br>Austin, TX 78734-6255 | Univest Capital, Inc.<br>Attn: Managing Agent/Officer<br>3220 Tillman Drive, Suite 503<br>Bensalem, PA 19020 |
| PW Funding, LLC<br>Attn: Managing Agent/Officer<br>3300 Highlands Parkway, Suite 290<br>Smyrna, GA 30082 | CT Corporation System, as Representative<br>Attn: SPRS<br>330 N. Brand Boulevard, Suite 700<br>Glendale, CA 91203 |
| Wise Funding Group, LLC<br>Attn: Managing Agent/Officer<br>767 Third Avenue, 32nd Floor<br>New York, NY 10017 | Corporation Service Company, as representative<br>Attn: Managing Agent/Officer<br>PO Box 2576<br>Springfield, IL 62708 |

First Corporate Solutions, as representative
Attn: Managing Agent/Officer
914 S Street
Sacramento, CA 95811

SPG Advance LLC
Attn: Managing Agent/Officer
1221 McDonald Avenue
Brooklyn, NY 11230

Green Fund NY
Attn: Managing Agent/Officer
276 5th Avenue, Room 704
New York, NY 10001

Mr. Advance LLC
Attn: Managing Agent/Officer
35-12 19th Avenue, 3-W
Astoria, NY 11105

Med Direct Capital LLC
Attn: Managing Agent/Officer
138 Swinton Avenue B
Delray Beach, FL 33444

Regis Capital Group
Attn: Managing Agent/Officer
323 Sunny Isles Boulevard, Suite 501
Sunny Isles Beach, FL 33160

Tiger Capital
Attn: Managing Agent/Officer
1820 Avenue M
Brooklyn, NY 11230

**VIA CERTIFIED MAIL:**
Wells Fargo Bank, N.A.
Attn: Managing Agent/Officer
2000 Powell Street, Fourth Floor
Emeryville, CA 94608

American Express National Bank
Attn: Managing Agent/Officer
4315 South 2700 West
Salt Lake City, UT 84184-0002

American Express National Bank
c/o Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702

This 17th day of May, 2021.

/s/ Leslie Lane Mize
Leslie Lane Mize